UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
TIFFANY M. GARCIA

Case No.: 23-19324  
Chapter: 7  
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, _____Chapter 7_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse  401 Market Street  Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____01/09/24_____ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1142 Louis Drive  Vineland, NJ  Value $167,000.00 |
|---|---|

| Liens on property: | Nationstar  $90,065.00 |
|---|---|

| Amount of equity claimed as exempt: $27,900.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Tiffany M. Garcia  
    Debtor

Case No. 23-19324-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Dec 06, 2023     Form ID: pdf905     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany M. Garcia, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059106 | | Advocare, LLC, PO Box 71422, Philadelphia, PA 19176-1422 |
| 520059114 | + | Capital Services, PO BOX 277, c/o Inspira Medical Centers, West Berlin, NJ 08091-0277 |
| 520059113 | + | Capital Services, PO Box 277, West Berlin, NJ 08091-0277 |
| 520059120 | + | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059126 | | Inspira Health, PO Box 981006, Boston, MA 02298-1006 |
| 520059136 | + | Nissan/SYNCB, PO Box 530950, Atlanta, GA 30353-0950 |
| 520059148 | + | Ulta Beauty, PO Box 650964, Dallas, TX 75265-0964 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520059105 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2023 20:48:00 | ADS/COMENITY/VICTORIA, PO BOX 182789, Columbus, OH 43218-2789 |
| 520059107 | ^ | MEBN | Dec 06 2023 20:44:47 | APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 520059108 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 06 2023 20:47:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 P.O. BOX 7247, Philadelphia, PA 19170-0001 |
| 520059109 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2023 20:53:55 | Ashley Furniture Homestore, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520059110 | + | Email/Text: bankruptcy@bbandt.com | Dec 06 2023 20:47:00 | BB&T, Po Box 849, Wilson, NC 27894-0849 |
| 520059112 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 20:54:20 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520059111 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2023 20:54:21 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520059117 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2023 20:47:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 520059118 | + | Email/Text: tracey.gregoire@millvillenj.gov | Dec 06 2023 20:48:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 520059119 | + | Email/Text: mrdiscen@discover.com | Dec 06 2023 20:47:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 520059125 | | Email/Text: Bankruptcy@FMAAlliance.com | Dec 06 2023 20:47:00 | FMA Alliance, Ltd, PO Box 2409, Houston, TX |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 77252-2409 |
| 520059123 | + | Email/Text: crdept@na.firstsource.com | Dec 06 2023 20:48:00 | First Source, Po Box 628, Buffalo, NY 14240-0628 |
| 520059124 | + | Email/Text: crdept@na.firstsource.com | Dec 06 2023 20:48:00 | First Source ADVANTAGE, Po Box 628, Re: HSBC, Buffalo, NY 14240-0628 |
| 520059130 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2023 20:47:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520059131 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 06 2023 20:48:00 | Jefferson Capital, 16 McLeland Rd., Saint Cloud, MN 56303-2198 |
| 520059116 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2023 20:54:21 | Card Member Service, P.O. Box 1423, Re: Chase, Charlotte, NC 28201-1423 |
| 520059132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2023 21:06:32 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 520059133 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2023 20:47:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520059134 | | Email/Text: govtaudits@labcorp.com | Dec 06 2023 20:47:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520059135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 06 2023 20:47:00 | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520059137 | ^ | MEBN | Dec 06 2023 20:43:30 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520059138 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2023 20:47:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 520059139 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2023 20:47:00 | Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 520059140 | ^ | MEBN | Dec 06 2023 20:44:41 | Quality Asset Recovery, 7 Foster Avenue, STE 101, Gibbsboro, NJ 08026-1191 |
| 520059141 | | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 06 2023 20:48:00 | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 520059142 | + | Email/Text: ngisupport@radiusgs.com | Dec 06 2023 20:47:00 | Radius Global Solutions, 7831 Glenroy Rd, Minneapolis, MN 55439-3132 |
| 520059143 | + | Email/Text: ngisupport@radiusgs.com | Dec 06 2023 20:47:00 | Radius Global Solutions LLC, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 520059144 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 06 2023 20:47:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520059145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2023 20:54:27 | SYNCB/ Care Credit, C/O P.O Box 965036, Orlando, FL 32896-0001 |
| 520059146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 06 2023 20:53:47 | Synchrony Bank, Po Box 71782, Philadelphia, PA 19176-1782 |
| 520059147 | + | Email/Text: bankruptcy@bbandt.com | Dec 06 2023 20:47:00 | Truist Bank, PO Box 580435, Charlotte, NC 28258-0435 |
| 520059149 | + | Email/Text: LCI@upstart.com | Dec 06 2023 20:47:00 | Upstart/ Finwise Bank, PO Box 1503, San Carlos, CA 94070-7503 |
| 520059151 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2023 20:53:39 | WF CRD SVC, PO Box 14517, Des Moines, IA 50306-3517 |
| 520059150 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2023 21:06:48 | Wells Fargo, PO box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 36

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: pdf905 | Total Noticed: 44 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520059115 | *+ | Capital Services, PO BOX 277, c/o Inspira Medical Centers, West Berlin, NJ 08091-0277 |
| 520059121 | *+ | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059122 | *+ | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059127 | * | Inspira Health, PO Box 981006, Boston, MA 02298-1006 |
| 520059128 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520059129 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Tiffany M. Garcia mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5