Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  23−19324−ABA
    Chapter:  7
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiffany M. Garcia
   1142 Louis Dr
   Millville, NJ 08332

Social Security No.:
   xxx−xx−8238

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

1142 Louis Drive, Vineland, NJ


Dated: January 3, 2024
JAN: eag

                        Jeanne Naughton
                        Clerk