**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tiffany M. Garcia<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8238<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23-19324-ABA | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tiffany M. Garcia

1/19/24

**By the court:**    Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 23-19324-ABA
Tiffany M. Garcia                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin        Page 1 of 3
Date Rcvd: Jan 19, 2024        Form ID: 318        Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany M. Garcia, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059106 | | Advocare, LLC, PO Box 71422, Philadelphia, PA 19176-1422 |
| 520059114 | + | Capital Services, PO BOX 277, c/o Inspira Medical Centers, West Berlin, NJ 08091-0277 |
| 520059113 | + | Capital Services, PO Box 277, West Berlin, NJ 08091-0277 |
| 520059120 | + | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059126 | | Inspira Health, PO Box 981006, Boston, MA 02298-1006 |
| 520059136 | + | Nissan/SYNCB, PO Box 530950, Atlanta, GA 30353-0950 |
| 520059148 | + | Ulta Beauty, PO Box 650964, Dallas, TX 75265-0964 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Jan 20 2024 01:58:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520059105 | + | EDI: WFNNB.COM | Jan 20 2024 01:58:00 | ADS/COMENITY/VICTORIA, PO BOX 182789, Columbus, OH 43218-2789 |
| 520059107 | ^ | MEBN | Jan 19 2024 21:07:05 | APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 520059108 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 19 2024 21:11:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 P.O. BOX 7247, Philadelphia, PA 19170-0001 |
| 520059109 | | EDI: SYNC | Jan 20 2024 01:58:00 | Ashley Furniture Homestore, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520059110 | + | Email/Text: bankruptcy@bbandt.com | Jan 19 2024 21:11:00 | BB&T, Po Box 849, Wilson, NC 27894-0849 |
| 520059112 | | EDI: CAPITALONE.COM | Jan 20 2024 01:58:00 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520059111 | + | EDI: CAPITALONE.COM | Jan 20 2024 01:58:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 520059117 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 19 2024 21:09:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 520059118 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jan 19 2024 21:12:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 520059119 | + | EDI: DISCOVER | Jan 20 2024 01:58:00 | Discover Bank, P.O. Box 30939, Salt Lake City, |

Case 23-19324-ABA    Doc 18    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 318 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | UT 84130-0939 |
| 520059125 | | Email/Text: Bankruptcy@FMAAlliance.com | Jan 19 2024 21:11:00 | FMA Alliance, Ltd, PO Box 2409, Houston, TX 77252-2409 |
| 520059123 | + | Email/Text: crdept@na.firstsource.com | Jan 19 2024 21:12:00 | First Source, Po Box 628, Buffalo, NY 14240-0628 |
| 520059124 | + | Email/Text: crdept@na.firstsource.com | Jan 19 2024 21:12:00 | First Source ADVANTAGE, Po Box 628, Re: HSBC, Buffalo, NY 14240-0628 |
| 520059130 | | EDI: IRS.COM | Jan 20 2024 01:58:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 520059131 | | EDI: JEFFERSONCAP.COM | Jan 20 2024 01:58:00 | Jefferson Capital, 16 McLeland Rd., Saint Cloud, MN 56303-2198 |
| 520059116 | | EDI: JPMORGANCHASE | Jan 20 2024 01:58:00 | Card Member Service, P.O. Box 1423, Re: Chase, Charlotte, NC 28201-1423 |
| 520059132 | | EDI: JPMORGANCHASE | Jan 20 2024 01:58:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 520059133 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2024 21:09:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520059134 | | Email/Text: govtaudits@labcorp.com | Jan 19 2024 21:11:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520059135 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 21:10:00 | Nationstar, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520059137 | ^ | MEBN | Jan 19 2024 21:03:45 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 520059138 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2024 21:09:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 520059139 | | Email/Text: signed.order@pfwattorneys.com | Jan 19 2024 21:10:00 | Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 520059140 | ^ | MEBN | Jan 19 2024 21:06:00 | Quality Asset Recovery, 7 Foster Avenue, STE 101, Gibbsboro, NJ 08026-1191 |
| 520059141 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 19 2024 21:13:00 | Quest Diagnostics, P.O. Box 740775, Cincinnati, OH 45274-0775 |
| 520059142 | + | Email/Text: ngisupport@radiusgs.com | Jan 19 2024 21:10:00 | Radius Global Solutions, 7831 Glenroy Rd, Minneapolis, MN 55439-3132 |
| 520059143 | + | Email/Text: ngisupport@radiusgs.com | Jan 19 2024 21:10:00 | Radius Global Solutions LLC, PO BOX 390846, Minneapolis, MN 55439-0846 |
| 520059144 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 19 2024 21:10:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 520059145 | + | EDI: SYNC | Jan 20 2024 01:58:00 | SYNCB/ Care Credit, C/O P.O Box 965036, Orlando, FL 32896-0001 |
| 520059146 | + | EDI: SYNC | Jan 20 2024 01:58:00 | Synchrony Bank, Po Box 71782, Philadelphia, PA 19176-1782 |
| 520059147 | + | Email/Text: bankruptcy@bbandt.com | Jan 19 2024 21:11:00 | Truist Bank, PO Box 580435, Charlotte, NC 28258-0435 |
| 520059149 | + | EDI: LCIUPSTART | Jan 20 2024 01:58:00 | Upstart/ Finwise Bank, PO Box 1503, San Carlos, CA 94070-7503 |
| 520059151 | + | EDI: WFFC2 | Jan 20 2024 01:58:00 | WF CRD SVC, PO Box 14517, Des Moines, IA 50306-3517 |
| 520059150 | | EDI: WFFC2 | Jan 20 2024 01:58:00 | Wells Fargo, PO box 77053, Minneapolis, MN 55480-7753 |

Case 23-19324-ABA    Doc 18    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 318 | Total Noticed: 45 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| 520059115 | *+ | Capital Services, PO BOX 277, c/o Inspira Medical Centers, West Berlin, NJ 08091-0277 |
| 520059121 | *+ | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059122 | *+ | Eligio Rodriguez, 1142 Louis Dr, Millville, NJ 08332-4017 |
| 520059127 | * | Inspira Health, PO Box 981006, Boston, MA 02298-1006 |
| 520059128 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520059129 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2024                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Tiffany M. Garcia mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5